# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160029

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC:  160029
                                    COA:  339556
KYLE JONES,                          Macomb CC:  2016-000578-FC
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 6, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  This order is without prejudice to the defendant's ability to seek relief from judgment pursuant to MCR 6.500 *et seq.* based on any claim relating to the trial court's prohibition of cross-examination of the victim, and any examination of the defendant's stepson, regarding the children's alleged prior sexual conduct.  The Court of Appeals deemed this issue to be waived; therefore, it should not be considered to have been "decided against the defendant" under the meaning of MCR 6.508(D)(2).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2020 _____



s0429                                                    Clerk